429 A.2d 95

Commonwealth v. McCarthy, Appellant.

Submitted April 16, 1980. Gary Lee Costlow, for appellant; Gerard Long, District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

429 A.2d 95

Commonwealth v. Sedden, Appellant.

Submitted December 6, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

WICKERSHAM, J. filed a memorandum concurring statement.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.